IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:11cv384-MHT (WO) |
| JOSH O'NEAL COOK, an Individual, and JANET HALLFORD, as Administratrix of the Estate of James David Stephens, Jr., Deceased, ) ) ) ) ) ) ) | |
| Defendants. ) | |

OPINION

All parties are in agreement in this case that the underlying final judgment has rendered this federal declaratory-judgment lawsuit moot. An appropriate judgment will therefore be entered in this case dismissing it as moot, with the parties to bear their own costs.

DONE, this the 28th day of May, 2013.

                       /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE