IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
STATE FARM FIRE AND           )
CASUALTY COMPANY,             )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     1:11cv384-MHT
                              )         (WO)
JOSH O'NEAL COOK, an          )
Individual, and JANET         )
HALLFORD, as Administratrix   )
of the Estate of James        )
David Stephens, Jr.,          )
Deceased,                     )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety as moot, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 28th day of May, 2013.**

       <u>　/s/ Myron H. Thompson　</u>
       **UNITED STATES DISTRICT JUDGE**